**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JEANNE L. PACE                                                                                    PLAINTIFF

V.                                        NO. 3:09CV0122 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

Plaintiff has filed a Motion requesting an extension of time to file her Appeal Brief. (Docket entry #12). Plaintiff's time for filing her Appeal Brief is hereby extended to and including January 3, 2010.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Extension of Time (docket entry #12) is GRANTED.

DATED this 7th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE